IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY | PLAINTIFF |
| V. | CIVIL ACTION NO. 3:19CV548-DPJ-FKB |
| U.S. CONSOLIDATED, INC. AND CITY OF JACKSON, MISSISSIPPI | DEFENDANTS |

## **AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

THIS CAUSE having come before the Court on the *ore tenus* motion of all parties, by counsel, each agreeing and moving this Court for an order finding as follows: that Endurance has no coverage obligations whatsoever with respect to the underlying lawsuit filed by the City of Jackson, Mississippi, against U.S. Consolidated, Inc., et al., in the Circuit Court of Hinds County, Mississippi, Civil Action No. 19-375, that Endurance therefore has no defense or indemnity obligations with respect to the underlying lawsuit, and that this action should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that Endurance has no coverage obligations whatsoever with respect to the underlying lawsuit, that Endurance has no defense or indemnity obligations with respect to the underlying lawsuit, and this action is hereby dismissed with prejudice, with each party to bear its respective costs.

**SO ORDERED AND ADJUDGED** this the 24th day of April, 2020.

                                                s/ *Daniel P. Jordan III*
                                                CHIEF UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED TO:


/s/ Samuel L. Begley_____
SAMUEL L. BEGLEY, ESQ. – MS BAR  #2315
*Attorney for City of Jackson, Mississippi*


/s/ Rayford G. Chambers_____
RAYFORD G. CHAMBERS – MS BAR #10503
*Attorney for U.S. Consolidated, Inc.*


/s/Tom Julian_____
TOM JULIAN – MS BAR #101905
*Attorney for Endurance American Specialty Insurance Company*